442 A.2d 362

Glockner, Appellant v. Redevelopment Authority.

Argued February 18, 1981. Samuel Rappaport, for appellant; Carl S. Primavera, for appellee. Before PRICE, MONTEMURO and VAN der VOORT, JJ. Order affirmed.

442 A.2d 362

Hankin, et al., Appellants v. Hankin, et al.

Argued March 19, 1980. Franklin Poul, for appellants; Thomas A. Allen, for Moe, Sabina, Gertrude and Perch Hankin and Benjamin and Pauline Shanken, appellees; Mark J. Sonnenfield, for Samuel and Harriet Hankin, appellees; John Chesney, for Pan American, appellee.

Before PRICE, CAVANAUGH and WATKINS, JJ.

Affirmed.

PRICE, J., did not participate in the consideration or decision of this case.